**Emma J. CLIFFORD, Movant, v. LOUISVILLE & NASHVILLE RAILROAD CO., Opposed.**

Court of Appeals of Kentucky.

(March 14, 1939.)

D. E. WOOLDRIDGE for movant.

J. BALLARD CLARK opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**COMMONWEALTH of Kentucky, Movant, v. J. R. THOMPSON, Opposed.**

Court of Appeals of Kentucky.

(Feb. 28, 1939.)

HUBERT MEREDITH, Attorney General, and WILLIAM HAYES, Assistant Attorney General, for movant.

ROBERT C. SIMMONS opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**Anna COMPTON, Movant, v. PIKE COUNTY BOARD OF EDUCATION, Opposed.**

Court of Appeals of Kentucky.

(March 21, 1939.)

SIDNEY TRIVETTE for movant.

STRATTON & STEPHENSON opposed.

PER CURIAM.

Appeal denied; judgment affirmed.